JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #0010911
COOPER LEVENSON APRIL
 NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
Attorneys for Defendant
Quantum Collections

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| David King,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Quantum Collections; and DOES 1-10, inclusive,<br>　　　　Defendants. | CASE NO. 2:12-cv-01262-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

　　　　WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

　　　　WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

　　　　WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

///
///
///
///
///
///
///

CLAC 2057469.1

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Quantum Collections without prejudice and without costs to any party.

DATED this 22nd day of March, 2013.

| LEMBERG & ASSOCIATES, LLC | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. |
|---|---|
| /s/ Stephanie C. Herdman<br>Stephanie C. Herdman, Esq.<br>LEMBERG & ASSOCIATES, LLC<br>2801 High View Drive<br>Henderson, NV 89014<br>Tel.: (855) 301-2100 Ext. 5531<br>sherdman@lemberglaw.com<br>Attorney for Plaintiff | /s/ Gregory A. Kraemer<br>Gregory A. Kraemer, Esq.<br>COOPER LEVENSON APRIL<br>NEIDELMAN & WAGENHEIM, PA<br>6060 Elton Avenue, Suite A<br>Las Vegas, NV 89107<br>(702) 366-1125<br>Attorney for Defendant |

**IT IS SO ORDERED** this 26th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge

CLAC 2057469.1

2